# United States District Court
## Southern District of Georgia

ALFONZO ALEXANDER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-214

CHATHAM COUNTY CLERK OF SUPERIOR COURT, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated January 23, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, Plaintiff's Complaint is dismissed without prejudice. This case stands closed.

Approved by: _____

January 31, 2020      Scott L. Poff
*Date*      *Clerk*

_____
*(By) Deputy Clerk*